IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH D. CRONIN, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RENEE F. BERGMANN, et al., | : | No. 14-4663 |
| Defendants. | : | |

### ORDER

AND NOW, this **16th** day of **October, 2014**, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint, and Plaintiffs' response thereto, and for the reasons provided in this Court's Memorandum dated October 16th, 2014, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 7) is **GRANTED**.

2. Count One of Plaintiffs' Complaint is **DISMISSED with prejudice**.

3. Counts Two, Three, and Four of Plaintiffs' Complaint are **DISMISSED without prejudice**.

4. The Clerk of the Court is directed to close this case.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**